**People of the State of Illinois, Plaintiff-Appellee, v. Raymond Lee, Defendant-Appellant.**

**Gen. No. 50,168.**

First District, Second Division.

February 9, 1965.

Nathaniel J. Reed, Jr., of Chicago, for appellant; William G. Clark, Attorney General, of Springfield (Daniel P. Ward, State's Attorney, of Chicago, Fred G. Leach and George W. Kenney, Assistant Attorneys General, Elmer C. Kissane and Kenneth L. Gillis, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE BRYANT. **Not to be published in full.**